1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOUIS J. CROATTI, JR.,

                Plaintiff,

    v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. 8:20-cv-02240-FLA (JDEx)

**JUDGMENT**

      For the reasons set forth in its Order Granting Defendant's Motion to Dismiss dated September 26, 2022 (Dkt. 22), the court GRANTS Defendant United States of America's Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 12) and DISMISSES this action with prejudice.

      IT IS SO ORDERED.

Dated: September 28, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1